```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 21920
   DOCK W WOODWARD JR
   GLORIA S WOODWARD                          CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-1409     SSN XXX-XX-9450

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 08/20/2008 and was not confirmed.

      The case was dismissed without confirmation 10/29/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------

AFNI INC                   UNSECURED       NOT FILED         .00           .00
AMERICAN EXPRESS           UNSECURED           12.00         .00           .00
ARMOR SYSTEMS CORP         UNSECURED          105.60         .00           .00
JC PENNY                   UNSECURED          442.62         .00           .00
BANK OF AMERICA            UNSECURED       NOT FILED         .00           .00
HARRIS BANK                UNSECURED       NOT FILED         .00           .00
AT&T WIRELESS              UNSECURED       NOT FILED         .00           .00
AT&T WIRELESS              UNSECURED       NOT FILED         .00           .00
CAPITAL ONE                UNSECURED       NOT FILED         .00           .00
CAPITAL ONE                UNSECURED       NOT FILED         .00           .00
FIRST NATIONAL BANK OF M   UNSECURED       NOT FILED         .00           .00
JC PENNEY                  UNSECURED       NOT FILED         .00           .00
WFNNB/ LANE BRYANT         UNSECURED       NOT FILED         .00           .00
MERCADO FOOT ANKIE CLINI   UNSECURED       NOT FILED         .00           .00
TRIBUTE MASTERCARD         UNSECURED       NOT FILED         .00           .00
RUSH UNIVERSITY MEDICAL    UNSECURED       NOT FILED         .00           .00
PARTNERS IN WOMEN S HEAL   UNSECURED       NOT FILED         .00           .00
SPRINT                     UNSECURED       NOT FILED         .00           .00
VYRIDIAN REVENUE MANAGEM   UNSECURED       NOT FILED         .00           .00
VYRIDIAN REVENUE MANAGEM   UNSECURED       NOT FILED         .00           .00
VYRIDIAN REVENUE MANAGEM   UNSECURED       NOT FILED         .00           .00
VYRIDIAN REVENUE MANAGEM   UNSECURED       NOT FILED         .00           .00
AT&T WIRELESS              UNSECURED       NOT FILED         .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED         1675.88         .00           .00
PROVIDIAN NATIONAL BANK    UNSECURED       NOT FILED         .00           .00
PRA RECEIVABLES MGMT       UNSECURED          620.82         .00           .00
SPRINT                     UNSECURED       NOT FILED         .00           .00
LVNV FUNDING               UNSECURED          586.19         .00           .00
BOOKSPAN/DOUBLEDAY BOOK    UNSECURED           49.41         .00           .00
VILLAGE OF BRIDGEVIEW      UNSECURED          250.00         .00           .00
WILTRUCO FEDERAL C U       UNSECURED       NOT FILED         .00           .00
TRIAD FINANCIAL CORP       SECURED VEHIC    14782.00         .00           .00
TRIAD FINANCIAL CORP       UNSECURED         4999.33         .00           .00
SAXON MORTGAGE SERVICES    CURRENT MORTG        .00          .00           .00
SAXON MORTGAGE SERVICES    MORTGAGE ARRE        .00          .00           .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 21920 DOCK W WOODWARD JR & GLORIA S WOODWARD
```

```
TRIAD FINANCIAL CORP      MORTGAGE ARRE    2746.00                    .00              .00
ERNESTO D BORGES JR       DEBTOR ATTY          .00                                     .00
TOM VAUGHN                TRUSTEE                                                      .00
DEBTOR REFUND             REFUND                                                       .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                                .00

PRIORITY                                                   .00
SECURED                                                    .00
UNSECURED                                                  .00
ADMINISTRATIVE                                             .00
TRUSTEE COMPENSATION                                       .00
DEBTOR REFUND                                              .00
                                  ---------------    ---------------
TOTALS                                 .00                 .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


     Dated: 01/26/09                     /s/ Tom Vaughn
                                         _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE